UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust**<br><br>**Plaintiff**<br><br>vs.<br><br>**Michael F. Hewett**<br>**JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation for Washington Mutual Bank, f/k/a Washington Mutual Bank F.A.**<br><br>**Defendants** | CIVIL ACTION NO:<br><br>**COMPLAINT**<br><br>RE:<br>451 East Avenue, Lewiston, ME 04240<br><br>Mortgage:<br>September 27, 2006<br>Book 6919, Page 286 |

NOW COMES the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Michael F. Hewett, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff, U.S. Bank Trust, NA, as Trustee for LSF9 Master Participation Trust, and the Defendant, Michael F. Hewett, are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.  Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a promissory Loan Agreement executed under seal currently owned and held by U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, in which the Defendant, Michael F. Hewett, is the obligor and the total amount owed under the terms of the Loan Agreement is Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 13801 Wireless Way, Oklahoma City, Oklahoma 73134

5. The Defendant, Michael F. Hewett, is a resident of Lewiston, County of Androscoggin and State of Maine.

6. The Defendant, JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation for Washington Mutual Bank f/k/a Washington Mutual Bank F.A., of a mortgage originally from Michael C. McFadden and Joline M. McFadden dated October 7, 1988, and recorded at the Androscoggin Registry of Deeds in **Book 2327, Page 335**, which upon information and belief has been paid in full and should have been discharged.  Washington Mutual Bank f/k/a Washington Mutual Bank F.A. is located at 1111 Polaris Parkway, Columbus, OH 43240.

## FACTS

7. On March 27, 2007, by virtue of a Warranty Deed from Michael C. McFadden and Joline M. McFadden, which is recorded in the Androscoggin County Registry of Deeds in **Book 4951, Page 242**, the property situated at 451 East Avenue, County of Androscoggin, and State of Maine, was conveyed to the Defendant, Michael F. Hewett, being more particularly described by the attached legal description.  *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On September 27, 2006, the Defendant Michael F. Hewett, executed and delivered to Beneficial Maine Inc. a certain Loan Agreement in the amount of $103,090.86.  *See* Exhibit B (a true and correct copy of the Loan Agreement is attached hereto and incorporated herein).

9. To secure said Loan Agreement, on September 27, 2006, the Defendant, Michael F. Hewett, executed a Mortgage in favor of Beneficial Maine Inc., securing the property located at 451 East Avenue, Lewiston, ME 04240 which Mortgage is recorded in the Androscoggin County Registry of Deeds in **Book 6919, Page 286**.  *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust by virtue of an Assignment of Mortgage dated September 16, 2016 and recorded in **Book 9460, Page 297**.  *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation for Washington Mutual Bank f/k/a Washington Mutual Bank F.A., is a Defendant pursuant to a Mortgage from the prior owners, Michael C. McFadden and Joline M. McFadden, in the amount of $64,000.00 dated October 7, 1988

and recorded in the Androscoggin County Registry of Deeds in **Book 2327, Page 335** as assigned to Bankers Trust Company of California, N.A., by virtue of an Assignment of Mortgage dated May 7, 1993 and recorded in the Androscoggin County Registry of Deeds in **Book 3914, Page 56** and was assigned to Bankers Trust Company of California, N.A., as Trustee under Pooling and Servicing Agreement dated February 1, 1993 for RTC Mortgage Pass-Through Certificates, Series 1993-3 by virtue of a Corrective Assignment of Mortgage dated December 1, 1997 and recorded in the Androscoggin County Registry of Deeds in **Book 4378, Page 194** and was further assigned to JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation for Washington Mutual Bank f/k/a Washington Mutual Bank F.A., by virtue of an Assignment of Mortgage dated March 3, 1999 as recorded in the Androscoggin County Registry of Deeds in **Book 4402, Page 139** which upon information and belief has been paid in full and should have been discharged.

12. On October 31, 2016, the Defendant, Michael F. Hewett, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (hereinafter referred to as the "Demand Letter"). *See* Exhibit E (a true and correct copy of the Demand Letter and the Certificate of Mailing is attached hereto and incorporated herein).

13. The Demand Letter informed the Defendant, Michael F. Hewett, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit E.

14. The Defendant, Michael F. Hewett, has failed to cure the default prior to the expiration of the Demand Letter.

15. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is the present holder of the Loan Agreement pursuant to possession of the Loan Agreement in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

16. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust is the lawful holder and owner of the Loan Agreement and Mortgage.

17. The total debt owed under the Loan Agreement and Mortgage as of February 23, 2017, if no payments are made is Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), which includes unpaid Principal Balance in the amount of Eighty Two Thousand Six Hundred Fifty Three Dollars and Ninety Seven Cents ($82,653.97); Accrued Interest in the amount of Nine Thousand Two Hundred Twenty Six Dollars and Forty Seven Cents ($9,226.47); Escrow/Impound Required in the amount of Nine Hundred Forty Seven Dollar and Zero Cents ($947.00); Late Charges Due in the amount of One Hundred Twenty Dollars and Zero Cents ($120.00); Funds to be Credited in the amount of Three Hundred Fifty Six Dollars and Seventy Eight Cents ($-356.78); and Total Advances in the amount of Four Thousand Eight Hundred Eighty Dollars and Ninety Nine Cents ($4,880.99).

18. Upon information and belief, the Defendant, Michael F. Hewett, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

19. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and realleges paragraphs 1 through 18 as if fully set forth herein.

20. This is an action for foreclosure respecting a real estate related mortgage and title located at 451 East Avenue, Lewiston, County of Androscoggin, and State of Maine. *See* Exhibit A.

21. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, is the holder of the Loan Agreement referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Loan Agreement in conformity with Title 11, section 3-1201, et seq. Of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, has the right to foreclosure upon the subject property.

22. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is the current owner and investor of the aforesaid Mortgage and Loan Agreement.

23. The Defendant, Michael F. Hewett, is presently in default on said Mortgage and Loan Agreement, having failed to make the monthly payment due February 2, 2016, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Loan Agreement.

24. The total debt owed under the Loan Agreement and Mortgage as of February 23, 2017, if no payments are made is Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), which includes unpaid Principal Balance in the amount of Eighty Two Thousand Six Hundred Fifty Three Dollars and Ninety Seven Cents ($82,653.97); Accrued Interest in the amount of Nine Thousand Two Hundred Twenty Six Dollars and Forty Seven Cents ($9,226.47); Escrow/Impound Required in the amount of Nine Hundred Forty Seven Dollar and Zero Cents ($947.00); Late Charges Due in the amount of One Hundred Twenty Dollars and Zero Cents ($120.00); Funds to be Credited in the amount of Three Hundred Fifty Six Dollars and Seventy Eight Cents ($-356.78); and Total Advances in the amount of Four Thousand Eight Hundred Eighty Dollars and Ninety Nine Cents ($4,880.99).

25. The record established through the Androscoggin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

26. By virtue of the Defendant's breach of condition, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, hereby demands a foreclosure on said real estate.

27. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Michael F. Hewett, on October 31, 2016, as evidenced by the Certificate of Mailing. *See* Exhibit E.

28. The Defendant, Michael F. Hewett, is not in the Military as evidenced by the attached Exhibit F.

## COUNT II – BREACH OF LOAN AGREEMENT

29. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and re-alleges paragraphs 1 through 28 as if fully set forth herein.

30. On September 27, 2006, the Defendant, Michael F. Hewett, executed and delivered to Beneficial Maine Inc. a certain Loan Agreement in the amount of $103,090.86. *See* Exhibit B.

31. The Defendant, Michael F. Hewett, is in default for failure to properly tender the February 2, 2016 payment and all subsequent payments. *See* Exhibit E.

32. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is the proper holder of the Loan Agreement and is entitled to enforce the terms and conditions of the Loan Agreement due to its breach by the Defendant, Michael F. Hewett.

33. The Defendant, Michael F. Hewett, having failed to comply with the terms of the Loan Agreement and Mortgage, are in breach of both the Loan Agreement and the Mortgage.

34. Defendant Michael F. Hewett's breach is knowing, willful, and continuing.

35. Defendant Michael F. Hewett's breach has caused the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

36. The total debt owed under the Loan Agreement and Mortgage as of February 23, 2017, if no payments are made is Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), which includes unpaid Principal Balance in the amount of Eighty Two Thousand Six Hundred Fifty Three Dollars and Ninety Seven Cents ($82,653.97); Accrued Interest in the amount of Nine Thousand Two Hundred Twenty Six Dollars and Forty Seven Cents ($9,226.47); Escrow/Impound Required in the amount of Nine Hundred Forty Seven Dollar and Zero Cents ($947.00); Late Charges Due in the amount of One Hundred Twenty Dollars and Zero Cents ($120.00); Funds to be Credited in the amount of Three Hundred Fifty Six Dollars and Seventy Eight Cents ($-356.78); and Total Advances in the amount of Four Thousand Eight Hundred Eighty Dollars and Ninety Nine Cents ($4,880.99).

37. Injustice can only be avoided by awarding damages for the total amount owed under the Loan Agreement including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

38. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and re-alleges paragraphs 1 through 37 as if fully set forth herein.

39. By executing, under seal, and delivering the Loan Agreement, the Defendant, Michael F. Hewett, entered into a written contract with Beneficial Maine Inc. who agreed to loan the amount of $103,090.86 to the Defendant, Michael F. Hewett. *See* Exhibit B.

40. As part of this contract and transaction, the Defendant, Michael F. Hewett, executed the Mortgage to secure the Loan Agreement and the subject property. *See* Exhibit C.

41. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is the proper holder of the Loan Agreement and successor-in-interest to Beneficial Maine Inc., and has performed its obligations under the Loan Agreement and Mortgage.

42. The Defendant, Michael F. Hewett, has breached the terms of the Loan Agreement and Mortgage by failing to properly tender the February 2, 2016, payment and all subsequent payments.  *See* Exhibit E.

43. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is the proper holder of the Loan Agreement, and is entitled to enforce the terms and conditions of the Loan Agreement due to its breach by the Defendant, Michael F. Hewett.

44. The Defendant, Michael F. Hewett, having failed to comply with the terms of the Loan Agreement and Mortgage, is in breach of contract.

45. The Defendant, Michael F. Hewett, is indebted to U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust in the sum of Ninety Seven Thousand, Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), for money lent by the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, to the Defendant, Michael F. Hewett.

46. Defendant Michael F. Hewett's breach is knowing, willful, and continuing.

47. Defendant Michael F. Hewett's breach has caused the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

48. The total debt owed under the Loan Agreement and Mortgage as of February 23, 2017, if no payments are made is Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), which includes unpaid Principal Balance in the amount of Eighty Two Thousand Six Hundred Fifty Three Dollars and Ninety Seven Cents

($82,653.97); Accrued Interest in the amount of Nine Thousand Two Hundred Twenty Six Dollars and Forty Seven Cents ($9,226.47); Escrow/Impound Required in the amount of Nine Hundred Forty Seven Dollar and Zero Cents ($947.00); Late Charges Due in the amount of One Hundred Twenty Dollars and Zero Cents ($120.00); Funds to be Credited in the amount of Three Hundred Fifty Six Dollars and Seventy Eight Cents ($-356.78); and Total Advances in the amount of Four Thousand Eight Hundred Eighty Dollars and Ninety Nine Cents ($4,880.99).

49. Injustice can only be avoided by awarding damages for the total amount owed under the Loan Agreement and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

50. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and re-alleges paragraphs 1 through 49 as if fully set forth herein.

51. Beneficial Maine Inc., predecessor-in-interest to U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, loaned Defendants Michael F. Hewett $103,090.86.  *See* Exhibit B.

52. The Defendant, Michael F. Hewett, is in default for failure to properly tender the February 2, 2016 payment and all subsequent payments.  *See* Exhibit E.

53. As a result of the Defendant's failure to perform under the terms of the Loan Agreement and Mortgage, the Defendant, Michael F. Hewett, has been unjustly enriched at the expense of the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust.

54. As such, the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

55. The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

56. Beneficial Maine Inc., predecessor-in-interest to U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, loaned the Defendant, Michael F. Hewett, $103,090.86. *See* Exhibit B.

57. The Defendant, Michael F. Hewett, has failed to repay the loan obligation pursuant to the terms of the Loan Agreement and Mortgage.

58. As a result, the Defendant, Michael F. Hewett, has been unjustly enriched to the detriment of the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, as successor-in-interest to Beneficial Maine Inc. by having received the aforesaid benefits and money and not repaying said benefits and money.

59. As such, the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is entitled to relief.

## DECLARATORY JUDGMENT

60. The Plaintiff The Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. Upon information and belief the Mortgage now held by Washington Mutual Bank f/k/a Washington Mutual Bank F.A., of a mortgage originally from Michael C. McFadden and Joline M. McFadden dated October 7, 1988, and recorded at the Androscoggin Registry of Deeds in **Book 2327, Page 335**, which upon information and belief has been paid in full and should have been discharged.  Washington Mutual Bank f/k/a Washington Mutual Bank F.A. is located at 1111 Polaris Parkway, Columbus, OH 43240.

PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, prays this Honorable Court:

a) Order the discharge of the Mortgage from prior owners Michael C. McFadden and Joline M. McFadden in the amount of $64,000.00 dated October 7, 1988 recorded in the Androscoggin County Registry of Deeds in **Book 2327, Page 335;**

b) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

c) Grant possession to the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, upon the expiration of the period of redemption;

d) Find that the Defendant, Michael F. Hewett, is in breach of the Loan Agreement by failing to make payment due as of February 2, 2016, and all subsequent payments;

e) Find that the Defendant, Michael F. Hewett, is in breach of the Mortgage by failing to make payment due as of February 2, 2016, and all subsequent payments;

f) Find that the Defendant, Michael F. Hewett, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendant, Michael F. Hewett, is in breach of contract by failing to comply with the terms and conditions of the Loan Agreement and Mortgage by failing to make the payment due February 2, 2016 and all subsequent payments;

h) Find that Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, is entitled to enforce the terms and conditions of the Loan Agreement and Mortgage;

i) Find that by virtue of the Loan Agreement and Mortgage, the Defendant, Michael F. Hewett, has been unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, to restitution;

k) Find that the Defendant, Michael F. Hewett, is liable to the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, for money had and received;

l) Find that the Defendant, Michael F. Hewett, is liable to the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, for quantum meruit;

m) Find that the Defendant, Michael F. Hewett, has appreciated and retained the benefit of the Mortgage;

n) Find that it would be inequitable for the Defendant, Michael F. Hewett, to continue to appreciate and retain the benefit of the Mortgage without recompensing the appropriate value;

o) Find that the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, is entitled to restitution for this benefit from the Defendant, Michael F. Hewett;

p) Determine the amount due on said Mortgage and Loan Agreement, including principal, interest, reasonable attorney's fees and court costs;

q) Additionally, issue a money judgment against the Defendant, Michael F. Hewett, and in favor of the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, in the amount of Ninety Seven Thousand Four Hundred Seventy One Dollars and Sixty Five Cents ($97,471.65), the total debt owed under the Loan Agreement plus interest and costs including attorney's fees and costs;

r) Order of discharge of the mortgage to, JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Corporation for Washington Mutual Bank f/k/a Washington Mutual Bank F.A., of a mortgage originally from Michael C. McFadden and Joline M. McFadden dated October 7, 1988, and recorded at the Androscoggin Registry of Deeds in **Book 2327, Page 335**, which upon information and belief has been paid in full and should have been discharged.  Washington Mutual Bank

  f/k/a Washington Mutual Bank F.A. is located at 1111 Polaris Parkway, Columbus, OH 43240.

s)  For such other and further relief as this Honorable Court deems just and equitable.

                Respectfully Submitted,
                U.S. Bank Trust N.A., as Trustee for LSF9
                Master Participation Trust,
                By its attorneys,

Dated: February 27, 2017

                <u>/s/ John A. Doonan</u>
                John Doonan, Esq. (BBO# 3250)
                Doonan, Graves & Longoria, LLC
                100 Cummings Center, Suite 225D
                Beverly, MA 01915
                (978) 921-2670